# In The United States Court of Federal Claims

No. 11-857L

(Filed: September 23, 2013)

_____

TRINCO INVESTMENT COMPANY,
AND KATHLEEN G. ROSE, TRUSTEE
OF THE V&M ROSE – MARITAL
TRUST,

            Plaintiffs,

   v.

THE UNITED STATES,

            Defendant.

_____

**ORDER**

_____

The parties shall file a joint preliminary status report on or before October 23, 2013.

**IT IS SO ORDERED.**


                                                              s/ Francis M. Allegra
                                                              Francis M. Allegra
                                                              Judge