# In The United States Court of Federal Claims

No. 11-857L

(Filed: October 25, 2013)

_____

TRINCO INVESTMENT COMPANY,
AND KATHLEEN G. ROSE, TRUSTEE
OF THE V&M ROSE – MARITAL
TRUST,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic preliminary status conference will be held in this case on Thursday, November 7, 2013, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED**.

                                  s/ Francis M. Allegra
                                  Francis M. Allegra
                                  Judge