# In The United States Court of Federal Claims

No. 11-857L

(Filed: November 7, 2013)

---

TRINCO INVESTMENT COMPANY,
AND KATHLEEN G. ROSE, TRUSTEE
OF THE V&M ROSE – MARITAL
TRUST,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

---

**ORDER**

---

    Today, a preliminary status conference was held in this case.  Participating in the discussion were Wesley Higbie, for plaintiffs, and Jessica Held, for defendant.  Pursuant to the discussion, the court hereby adopts the following schedule:

1. On or before December 6, 2013, the parties shall exchange initial disclosures;

2. On or before June 9, 2014, the parties shall complete fact discovery;

3. On or before July 25, 2014, plaintiffs shall disclose their expert reports on liability;

4. On or before August 8, 2014, defendant shall disclose its expert reports on liability;

5. On or before September 12, 2014, the parties shall exchange rebuttal reports on liability;

6. On or before October 24, 2014, the parties shall complete depositions of experts; and

7.      On or before November 7, 2014, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge